# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2015

Lyle W. Cayce
Clerk

No. 15-10236
Summary Calendar

NICHOLAS C. DANIELS; ROWENA DANIELS,

Plaintiffs - Appellants

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, also known as
Freddie Mac,

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CV-3129

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:*

The property of Appellants was sold after foreclosure in 2011, and Appellants have sought judicial relief since – but always without success.

They filed in state court that year a case removed to federal court and dismissed in 2013 for failure to state a legal claim.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-10236

Federal Home Loan Mortgage Corporation brought forcible detainer suit for possession of the property, which eventually disposed of Appellant's claim. That state proceeding was interrupted when Appellants filed a suit that was resolved, again for failure to state a claim, by the Fifth Circuit in 2014, and then completed by the state court.

Regarding the present suit as an attempt to set aside the state court's forcible detainer judgment, Appellants encounter the *Rooker-Feldman* rule. That is where the district court ended, and we must affirm that judgment.

AFFIRMED.